UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHARLES MAY,

                Plaintiff,

v.                               **DECISION AND ORDER**
                                                        15-CV-396-A

PAGES IMPOUNDING, et al.,

                Defendants.

This civil rights action under 42 U.S.C. § 1983 was referred to Magistrate Judge Hugh B. Scott pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On July 11, 2018, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 18) recommending that the action be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

The Court has carefully reviewed the Report and Recommendation, the record in the case, and no objections having been timely filed, it is

**ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation (Dkt. No. 18), the action is dismissed. The Clerk shall enter Judgment in favor of all defendants as against plaintiff Charles May.

**IT IS SO ORDERED**.

                                                     ____*Richard J. Arcara*_____
                                                     HONORABLE RICHARD J. ARCARA
                                                     UNITED STATES DISTRICT COURT

Dated:   July 26, 2018